730 A.2d 952

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Frederick W. FISHER, Jr., Petitioner.**

Supreme Court of Pennsylvania.

May 5, 1999.

Philip D. Lauer, Easton, for petitioner.

*ORDER*

PER CURIAM.

AND NOW, this 5th day of May, 1999, the Petition for Allowance of Appeal is **GRANTED** pursuant to *Commonwealth v. Randolph,* 553 Pa. 224, 718 A.2d 1242 (1998). The Order of the Superior Court is **REVERSED** and this matter is **REMANDED** to the Court of Common Pleas of Monroe County for trial.